IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AGRI-SALES ASSOCIATES, INC. | ) | |
| | ) | |
| v. | ) | No. 3-10-0961 |
| | ) | |
| RICHARD H. MCCONNELL; and | ) | |
| MCCONNELL HALL | ) | |
| MANUFACTURING, LLC | ) | |

O R D E R

By order entered October 14, 2010 (Docket Entry No. 4), Chief Judge Campbell recused himself in this case and the case was reassigned to Judge Haynes.

Because Judge Haynes normally conducts his own case management, the initial case management conference, scheduled on November 22, 2010, before the undersigned, is CANCELLED.

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge