IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | | |
|---|---|---|
| AGRI-SALES ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:10-cv-00961 |
| | ) | |
| RICHARD H. MCCONNELL and | ) | MAGISTRATE BROWN |
| MCCONNELL HALL | ) | |
| MANUFACTURING, LLC, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |
| MCCONNELL HALL | ) | |
| MANUFACTURING, LLC, | ) | |
| | ) | |
| Counter- and Third-Party | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AGRI-SALES ASSOCIATES, INC., | ) | |
| | ) | |
| Counter-Defendant, | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| CURTIS 1000 INC., SPECTRUM | ) | |
| GLOBAL IMAGING, INC., | ) | |
| and DOUGLAS E. FORD, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**ORDER**
**Motion Granted** and a Case Management Conference is set for Tuesday,
/S/ Joe B. Brown July 5, 2011 at 1:00 p.m. in
**JOE B. BROWN** Courtroom 783.
**Magistrate Judge**

**JOINT MOTION FOR A CASE MANAGEMENT ORDER**

Agri-Sales Associates, Inc. ("ASA"), Richard H. McConnell, McConnell Hall Manufacturing, LLC ("MHM"), Curtis 1000, Inc. ("Curtis"), and Douglas Ford, proceeding *pro se*, hereby jointly file this motion for a case management order. This joint motion is filed with the Court due to the unique procedural posture of this matter and for the purpose of updating the

1